# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0018. HARPO-BROWN v. PUBLIC STORAGE ET AL.**

After due consideration, the Court hereby DENIES Wihly Harpo-Brown's request for emergency relief.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 12/07/2020*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*